IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | Crim. Action No. 3:08-CR-085-N |
| | § | |
| MICHAEL COMER, | § | |

## ORDER

An Ancillary Hearing is scheduled for Wednesday, August 19, 2009 at 9:00 a.m. in courtroom 1351.

Signed July 10, 2009.

_____
David C. Godbey
United States District Judge

ORDER – SOLO PAGE